UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MENDOZA,<br><br>              Petitioner,<br><br>     v.<br><br>DAVE DAVEY,<br><br>              Respondent. | No. 2:15-cv-0903 WBS AC P<br><br><br>ORDER |

Currently before the court is petitioner's motion to accept late filing of the traverse. ECF No. 21. In his motion, petitioner states that he filed a timely copy of the traverse, but accidentally filed it with the wrong court. Id. at 2, ¶ 1. However, the Clerk of the Court previously filed a copy of the traverse on March 17, 2016 (ECF No. 20), which was well within petitioner's filing deadline (ECF No. 19). Since the court has already received a timely filed copy of petitioner's traverse, the motion to permit late filing will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to permit late filing (ECF No. 21) is denied as moot.

DATED: June 13, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE